WINDSOR TRUST COMPANY, as Substituted Trustee under the Will of CLINTON ADAMS, Deceased, Respondent, *v.* JENNIE B. WATERBURY, Individually and as Administratrix with the Will Annexed of CLINTON ADAMS, Deceased, Appellant, and PERRY ADAMS, Respondent.

*Windsor Trust Co.* v. *Waterbury*, 160 App. Div. 571, affirmed. (Argued December 10, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1914, in favor of plaintiff upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the disposal of a fund in the hands of the administratrix of Clinton Adams, deceased, representing rents of certain real estate of which he died seized.

*Nelson S. Spencer* for appellant.

*Charles E. McMahon* for plaintiff, respondent.

*Lyttleton Fox* and *Ernest Rhea Early* for defendant, respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.